George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, William J. Reed

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| William J. Reed, | ) | Case No.:   3:20-cv-01505-SB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the Plaintiff's motion for dismissal with prejudice, it is hereby

ORDERED that dismissal is granted.

IT IS SO ORDERED this 5th day of November, 2021.

*Stacie F. Beckerman*
_____
UNITED STATES MAGISTRATE JUDGE

Page 1 – ORDER OF DISMISSAL

Proposed order submitted:   November 5, 2021.

/s/ George J. Wall
George J. Wall, OSB No. 934515
Caitlin S. Laumaker, OSB No. 143314
825 NE 20th Ave, Suite 330
Portland, OR 97232
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
caitlin@eastpdxlaw.com
Attorney for Plaintiff, William J. Reed